KEVIN V. RYAN (CABN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

HAYWOOD S. GILLIAM, JR. (CABN 172732)
KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7212
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0226 SI |
|                 Plaintiff, ) | STATUS STATEMENT AND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. ) | |
| DARYL RUSSELL BROWN, ) | Requested date: June 9, 2006 |
|                 Defendant. ) | Time: 11:00 a.m. |

     On April 11, 2006, the Court entered a related case order in this matter. The parties request that the case be set over until June 9, 2006 at 11:00 a.m. for a change of plea hearing. The parties anticipate that the defendant will enter a plea of guilty to the one-count information filed on March 31, 2006.

     The parties request a change of plea hearing on that date because lead counsel for the defendant is currently in trial and expected to remain in trial for several more weeks. The parties stipulate and agree that exclusion of time between the date of the Court's order and June 9, 2006 is appropriate under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The parties agree that failure to grant the requested continuance would

STATUS STATEMENT AND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME

unreasonably deny the defendant continuity of counsel, given defense counsel's trial schedule. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: May 3, 2006

_____
JAN LAWRENCE HANDZLIK
Attorney for Defendant Daryl Brown

DATED: _____

_____
HAYWOOD S. GILLIAM, JR.
Assistant United States Attorney

## ORDER

For the foregoing reasons, and based on the stipulation and agreement of the parties, the Court HEREBY ORDERS this matter continued until June 9, 2006 at 11:00 a.m. for a change of plea hearing. The Court further finds the period between the date of this order and June 9, 2006 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel, given defense counsel's trial schedule. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: _____

_____
SUSAN ILLSTON
United States District Judge

STATUS STATEMENT AND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME

-2-

unreasonably deny the defendant continuity of counsel, given defense counsel's trial schedule. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED:

_____
JAN LAWRENCE HANDZLIK
Attorney for Defendant Daryl Brown

DATED: May 4, 2006

_____
HAYWOOD S. GILLIAM, JR.
Assistant United States Attorney

## ORDER

For the foregoing reasons, and based on the stipulation and agreement of the parties, the Court HEREBY ORDERS this matter continued until June 9, 2006 at 11:00 a.m. for a change of plea hearing. The Court further finds the period between the date of this order and June 9, 2006 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel, given defense counsel's trial schedule. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:

_____
SUSAN ILLSTON
United States District Judge

STATUS STATEMENT AND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
-2-