1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6962
7
   Attorneys for Plaintiff
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,           )   No. CR 06-0226-SI
                                       )
14         Plaintiff,                  )
                                       )   STIPULATION AND [PROPOSED]
15     v.                              )   ORDER RE CONTINUANCE
                                       )
16 DARYL RUSSELL BROWN,                )
                                       )
17         Defendant.                  )
18 _____   )

STIP. RE CONTINUANCE

CR 06-0226-SI

1  This matter is currently scheduled for sentencing on September 22, 2006.  The defendant,
2  as part of his plea agreement, agreed to provide assistance to the government in this matter in
3  exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1.  The
4  defendant has been cooperating with the joint investigation by the United States Attorney's
5  Office here in the Northern District of California and the Fraud Section of the Criminal Division
6  in Washington D.C.  Because his cooperation is on-going, the parties hereby stipulate and jointly
7  request that the sentencing be continued to February 23, 2007 or as soon thereafter as the Court is
8  available.  Counsel for both parties will coordinate with the Probation Officer to ensure that she
9  has the materials necessary to prepare the Presentence Report.

10 SO STIPULATED.

KEVIN V. RYAN
United States Attorney

Dated:   7/28/06

/s/
KESLIE STEWART
Assistant United States Attorney

Dated: 7/26/06

/s/
JAN HANDZLIK
Attorney for Defendant

SO ORDERED.

Dated:   08/01/06

THE HON. SUSAN ILLSTON
United States District Court

STIP. RE CONTINUANCE
CR 06-0226-SI