1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2  MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3709
7  Keslie.Stewart@usdoj.gov

8  Attorneys for Plaintiff

                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,        )   No. CR 06-0226-SI
                                 )
         Plaintiff,              )
                                 )   STIPULATION AND [PROPOSED]
    v.                           )   ORDER RE CONTINUANCE
                                 )
DARYL RUSSELL BROWN,             )
                                 )
         Defendant.              )
_____)

STIP. RE CONTINUANCE

CR 06-0226-SI

01/09/2007 14:14 5106373724

1. This matter is currently scheduled for sentencing on February 23, 2007. The defendant, as part of his plea agreement, agreed to provide assistance to the government in this matter in exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. The defendant has been cooperating with the joint investigation by the United States Attorney's Office here in the Northern District of California and the Fraud Section of the Criminal Division in Washington D.C. Because his cooperation is on-going, the parties hereby stipulate and jointly request that the sentencing be continued to September 7, 2007, or as soon thereafter as the Court is available. Counsel for both parties will coordinate with the Probation Officer to ensure that she has the materials necessary to prepare the Presentence Report.

SO STIPULATED.

KEVIN V. RYAN
United States Attorney

Dated: _____

KESLIE STEWART
Assistant United States Attorney

Dated: 1-9-07

JAN HANDZLIK
Attorney for Defendant

SO ORDERED.

Dated: _____

THE HON. SUSAN ILLSTON
United States District Court

STIP. RE CONTINUANCE

CR 06-0226-SI