SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

1301 Clay Street, Suite 340S
San Francisco, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0226-SI |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER RE CONTINUANCE |
| ) | |
| DARYL RUSSELL BROWN, ) | |
| ) | |
| Defendant. ) | |

STIP. RE CONTINUANCE

CR 06-0226-SI

1  This matter is currently scheduled for sentencing on September 7, 2007. The defendant, as
2  part of his plea agreement, agreed to provide assistance to the government in this matter in
3  exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. The
4  defendant has been cooperating with the joint investigation by the United States Attorney's Office
5  here in the Northern District of California and the Fraud Section of the Criminal Division in
6  Washington D.C. Because his cooperation is on-going, the parties hereby stipulate and jointly
7  request that the sentencing be continued to March 14, 2008, or as soon thereafter as the Court is
8  available. Counsel for both parties will coordinate with the Probation Officer to ensure that she
9  has the materials necessary to prepare the Presentence Report.
10 SO STIPULATED.

SCOTT N. SCHOOLS
United States Attorney

Dated: 8/15/07

KESLIE STEWART
Assistant United States Attorney

Dated: 8-3-07

JAN HANDZLIK
Attorney for Defendant

SO ORDERED.

Dated: 8/20/07

THE HON. SUSAN ILLSTON
United States District Court

STIP. RE CONTINUANCE

CR 06-0226-SI