JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   San Francisco, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00226-SI |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
|     v. ) | ORDER RE CONTINUANCE |
| ) | |
| DARYL RUSSELL BROWN, ) | |
| ) | |
|     Defendant. ) | |

Stipulation and [Proposed] Order
Re: Continuance
CR-06-00226 SI

1   This matter is currently scheduled for sentencing on November 14, 2008.  The defendant,
2   as part of his plea agreement, agreed to provide assistance to the government in this matter in
3   exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1.  The
4   defendant has been cooperating with the joint investigation by the United States Attorney's
5   Office here in the Northern District of California and the Fraud Section of the Criminal Division
6   in Washington D.C.  Because his cooperation is on-going, the parties hereby stipulate and jointly
7   request that the sentencing be continued to July 17, 2009, or as soon thereafter as the Court is
8   available.  The Probation Officer has no objection to this date.

11  SO STIPULATED.

12                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney

14  Dated:   10/24/2008                         /s/
15                                              KESLIE STEWART
                                                Assistant United States Attorney

18  Dated:   10/24/2008                         /s/
                                                JAN HANDZLIK
19                                              Attorney for Defendant

22  SO ORDERED.

23  Dated:  _____                      _____
24                                              THE HON. SUSAN ILLSTON
                                                United States District Court

Stipulation and [Proposed] Order
Re: Continuance
CR-06-00226 SI